**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ANDREA ELIZABETH ARGALL,
ADC # 709623                                                                                          PLAINTIFF

V.                                   4:10CV00179-WRW-JJV

BENTON COUNTY DETENTION CENTER
and J. BECKER, Deputy, Benton County
Sheriff's Office                                                                                DEFENDANTS

**<u>ORDER</u>**

Plaintiff has submitted this 42 U.S.C. § 1983 case for filing in this district. However, given the location of the defendants and the allegations leading to the filing of this lawsuit, the Court finds that venue properly lies in the Western District of Arkansas.[1] Accordingly, the interests of justice are best served by transferring this case to the United States District Court for the Western District of Arkansas.[2]

THEREFORE, the Clerk is directed to immediately transfer a copy of this order and the original file of this Court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 1st day of April, 2010.

                                                     /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. §1391(b).

[2] 28 U.S.C. § 1406(a).