IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANDREA ARGALL                                           PLAINTIFF

        v.              Civil No. 10-5059

J. BECKER                                               DEFENDANT

<u>O R D E R</u>

NOW on this 29th day of November, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 10), filed on October 28, 2010, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, Plaintiff's complaint as to the defendant, Benton County Detention Center, is hereby **DISMISSED.** The case will proceed against defendant J. Becker.

**IT IS SO ORDERED.**

                            /s/ Jimm Larry Hendren
                            JIMM LARRY HENDREN
                            UNITED STATES DISTRICT JUDGE