```
       IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**ANDREA ARGALL**                                                           **PLAINTIFF**

v.                          **Case No.: 10-5059**

**J. BECKER**                                                               **DEFENDANT**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is the Motion to Dismiss Case (Doc. 33), filed by Plaintiff. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), this case is referred to the undersigned by the Honorable Chief Judge Jimm Larry Hendren.

Plaintiff, who is a prisoner incarcerated at the Arkansas Department of Correction, in the Wrightsville Unit at Wrightsville, Arkansas, has filed a Motion to Dismiss, voluntarily, this Section 1983 action. (Id.) For the reasons stated herein, the undersigned recommends that the motion be granted.

On March 24, 2010, Plaintiff commenced this *pro se* Section 1983 action alleging excessive force and denial of medical care. (Doc. 2). On August 15, 2011, Plaintiff filed the current motion explaining that she wishes to voluntarily dismiss this case, because she does not want to proceed due to the absence of an attorney to help her or file answers, and she has not been able to respond in a timely manner. (Doc. 33).

Defendant previously filed a Motion to Compel (Doc. 25), stating that Plaintiff had not responded to requests for discovery. Plaintiff made no response to the Motion to Compel, and the Motion

to Compel was granted. (Doc. 27). However, Defendant then filed a Motion to Dismiss (Doc. 28), stating that Plaintiff had not complied with the Order compelling her answers to discovery. Plaintiff also did not respond to the Defendant's Motion to Dismiss, except to file her own motion at bar. The Court also notes that Plaintiff's response to the scheduling order (Doc. 22), which would have been due on or before August 6, 2011, was not filed.

Accordingly, the undersigned finds good cause for granting Plaintiff's request for voluntary dismissal. See FED. R. CIV. P. 41(a)(2) (providing that "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper" and that "[u]nless otherwise specified in the order, a dismissal under this paragraph is without prejudice").

**It is therefore recommended that:**

- Plaintiff's Motion to Dismiss (Doc. 33) be **GRANTED** and the case dismissed without prejudice;
- the remaining pending motions in this case, (Doc. 28, 32) be **TERMINATED**;
- the Writ of Habeas Corpus Ad Testificandum (Doc. 23) issued for Plaintiff's presence at the hearing be **QUASHED**; and
- the evidentiary hearing set for September 7, 2011, be **CANCELLED**.

**The parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**DATED this 17th day of August 2011.**

> */s/ Erin L. Setser*
> HON.  ERIN L.  SETSER
> U.S. MAGISTRATE JUDGE