```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**ANDREA ARGALL**                                                           PLAINTIFF

      v.          Civil No. 10-5059

**J. BECKER**                                                               DEFENDANT

### O R D E R

NOW on this 7th day of September 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 34) to which no objections have been filed.  The Court, being well and sufficiently advised, finds and orders that the Report and Recommendation is sound in all respects and should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 34) is hereby **adopted in *toto***;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's **Motion to Dismiss** (Doc. 33) is hereby **GRANTED** and her case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions should be and hereby are **TERMINATED.**

IT IS SO ORDERED.

                                                  **/s/ Jimm Larry Hendren**
                                                  **HON. JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**